No. 79–1056. NORTHWEST AIRLINES, INC. *v.* TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted and case set for oral argument in tandem with No. 79–972, *Westvaco Corp. et al.* v. *Adams Extract Co. et al.,* immediately *supra.* MR. JUSTICE BLACKMUN took no part in the consideration or decision of the motion and petition.

No. 79–1203. LUCKY MC URANIUM CORP. *v.* GEOMET EXPLORATION, LTD. Sup. Ct. Ariz. Motion of Arizona Mining Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 79–1236. CARSON ET AL. *v.* AMERICAN BRANDS, INC., T/A AMERICAN TOBACCO CO., ET AL. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 79–1764. TEXAS DEPARTMENT OF COMMUNITY AFFAIRS *v.* BURDINE. C. A. 5th Cir. Certiorari granted.

No. 79–1333. RADO *v.* CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1392. GOTTSCHALK *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 79–1422. AZZARELLI CONSTRUCTION CO. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.